IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CARLTON G. SUTTON and        )
SUTTON CONSTRUCTION &        )
DRYWALL SERVICES, INC.,      )
a corporation,               )
                             )
     Plaintiffs,             )
                             )    CIVIL ACTION NO.
     v.                      )     1:08cv324-MHT
                             )
AMERICAN BANKING COMPANY,    )
d/b/a Ameris Bank, a         )
corporation, et al.,         )
                             )
     Defendants.             )
```

OPINION AND ORDER

This lawsuit, which has been removed again from state to federal court based on diversity-of-citizenship jurisdiction, 28 U.S.C. §§ 1332, 1441, is now before the court on plaintiffs' motion to remand.  The court agrees with plaintiffs that this case should be remanded to state court.  While it may be that plaintiffs will be able to recover from the resident defendants, the court remains convinced that there has been neither fraudulent joinder, Coker v. Amoco Oil Co., 709 F.2d 1433, 1440

(11th Cir. 1983); <u>Cabalceta v. Standard Fruit Co.</u>, 883 F.2d 1553, 1561 (11th Cir. 1989), nor <u>fraudulent misjoinder</u>, <u>Tapscott v. MS Dealer Service Corp.</u>, 77 F.3d 1353, 1360 (11th Cir. 1996).

Accordingly, it is the ORDER, JUDGMENT, and DECREE of the court that plaintiffs' motion to remand (Doc. No. 7) is granted and that, pursuant to 28 U.S.C. § 1447(c), this cause is again remanded to the Circuit Court of Houston County, Alabama.

It is further ORDERED that defendants' motion to stay (Doc. No. 9) is denied.

It is further ORDERED that any and all other pending motions are left for disposition by the state court after remand.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

DONE, this the 1st day of July, 2008.

                     <u>/s/ Myron H. Thompson</u>
                     UNITED STATES DISTRICT JUDGE